[Criminal No. 415.   Filed October 17, 1916.]

[159 Pac. 514.]

FRANK M. SNEE, *alias* FRANCISCO VALENZUELA,
Appellant, v. STATE, Respondent.

APPEAL from a judgment of the Superior Court of the
County of Yuma.   Frank Baxter, Judge.   Affirmed.

Messrs. Timmons & Harris, for Appellant.

Mr. Wiley E. Jones, Attorney General, Mr. Clement H.
Colman, County Attorney, and Mr. T. D. Molloy, Deputy
County Attorney, for Respondent.

FRANKLIN, J.—Appellant has taken an appeal and on
June 12, 1916, caused to be filed in this court a transcript of
the record of his conviction of the crime of grand larceny.
No effort has been made to show any legal reason for revers-
ing the judgment of the trial court.   We have carefully exam-
ined the record presented, which clearly shows appellant's
guilt of the offense charged, and that his substantial rights
have been guarded in a fair and impartial trial.

The judgment is affirmed.

ROSS, C. J., and CUNNINGHAM, J., concur.